THE WESTERN SAVINGS BANK OF BUFFALO, Respondent, v. JOSEPH A. ARCHBALD, JR., and ELEANOR W. ARCHBALD, His Wife, Appellants, and EDNA A. GRAHAM, Defendant.— Order modified on the facts by reducing the amount of the deficiency from $1,819.59 to $1,499.59, and as so modified the order is affirmed, without costs. All concur. (The order fixes the reasonable market value of mortgaged premises, confirms the report of sale, and awards a deficiency judgment against defendants in a proceeding in a foreclosure action for leave to enter a deficiency judgment.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

JOHN D. HENDERSON, as Temporary Administrator, etc., of SARAH L. SMALL, Deceased, Respondent, v. ARTHUR G. SMITH, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment awards possession of seven Home Owners' Loan Corporation bonds to plaintiff and fixes the value of said bonds in an action in replevin. The order denies defendant's motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

In the Matter of GEORGE J. STROH, Petitioner, Appellant, against THE STATE LIQUOR AUTHORITY OF THE STATE OF NEW YORK, Respondent.— Determination of the State Liquor Authority confirmed, with ten dollars costs and disbursements. All concur. (Proceeding for the review of the action of respondent in revoking petitioner's liquor license for the sale of liquors at retail for consumption on the premises.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

In the Matter of the Petition of MABEL LINDSLEY, for the Determination of the Amount of Damages Sustained by Her by Reason of the Change of Grade of the Public Highway Known as Main Street in the Village of Phœnix, Oswego County, New York.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants petitioner's motion for the appointment of commissioners to ascertain the damages sustained by petitioner arising out of a change of grade in a street in a village.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ. [176 Misc. 919.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LENNIE BROWN, Appellant, v. JOSEPH H. BROPHY, Warden of Auburn State Prison, Auburn, New York, Respondent.— Motion for reargument denied. Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Judicial Settlement of the Accounts of FRANK J. MAGUIRE, as Executor and Trustee, etc., of JOSEPHINE V. BLODGETT, Deceased.— Motion for leave to apply for a reargument granted and motion for a reargument granted. All concur, except Taylor and Dowling, JJ., who dissent and vote for a denial of the motion. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

MARY AUBREY DALY, Appellant, v. WILLIAM TERPENING, Respondent.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ. [See 261 App. Div. 423.]